*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re:                                            Chapter: 13

    Zulkia Maldonado

                Debtor(s)                Bankruptcy No: 19−17645−elf

*O R D E R*

**AND NOW,** this 9th day of December 2019 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

    Documents and Deadline

    Atty Disclosure Statement due 12/20/2019
    Chapter 13 Plan due by 12/20/2019
    Schedules AB−J due 12/20/2019
    Statement of Financial Affairs due 12/20/2019
    Summary of Assets and Liabilities Form B106 due 12/20/2019
    Means Test Calculation Form 122C−2 − <I>If Applicable</I> − Due: 12/20/2019
    Chapter 13 Statement of Your Current Monthly Income and
    Calculation of Commitment Period Form 122C−1 Due 12/20/2019

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

By the Court

Eric L. Frank
Judge , United States Bankruptcy Court