# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-17645-ELF

ZULKIA  MALDONADO

6607 HEGERMAN STREET

PHILADELPHIA, PA 19135-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    ZULKIA  MALDONADO

    6607 HEGERMAN STREET

    PHILADELPHIA, PA 19135-

Counsel for debtor(s), by electronic notice only.

    BRANDON J. PERLOFF
    415 S. BROAD ST., UNIT 2R

    PHILADELPHIA, PA 19147-

Date: 4/15/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee