# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Zulkia Maldonado | : | |
| Debtor | : | Bky. No. 19-17645-elf |

## CERTIFICATION OF NO RESPONSE
## TO MOTION TO MODIFY PLAN (POST-CONFIRMATION)

    I, Brandon Perloff, Esq, Counsel for Debtor in the above matter, do hereby certify that the MOTION TO MODIFY PLAN (POST-CONFIRMATION) and NOTICE thereof was served on all interested parties on 5/14/2021, and I have not received any Objections or Responses to said Motion.

    WHEREFORE, the Motion is uncontested and the undersigned requests this Honorable Court to enter the proposed Order submitted with the Motion.

Respectfully submitted,

Date: June 14, 2021

/s/ Brandon Perloff, Esq.
Brandon Perloff, Esquire