United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-17645-elf |
| Zulkia Maldonado | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 02, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Zulkia Maldonado, 6607 Hegerman Street, Philadelphia, PA 19135-2804 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jul 04, 2021 | Signature: | /s/Joseph Speetjens |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRANDON J PERLOFF | on behalf of Debtor Zulkia Maldonado bperloff@perlofflaw.com kmecf1429@gmail.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. jschwartz@mesterschwartz.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Pennymac Loan Services LLC bkgroup@kmllawgroup.com |
| THOMAS YOUNG.HAE SONG | on behalf of Creditor Pennymac Loan Services LLC paeb@fedphe.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Jul 02, 2021 | Form ID: pdf900 | Total Noticed: 1

WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Zulkia Maldonado | : | |
| Debtor | : | Bky. No. 19-17645-elf |

# O R D E R

    **AND NOW**, upon consideration of the Application for Compensation filed by the Debtor's counsel, Brandon Perloff (the, "Applicant") and upon the Applicant's certification that proper service has been made on all interested parties, and upon the Applicant's certification of no response,

    It is hereby **ORDERED** that:

1.    The Application is **GRANTED.**

2.    Supplemental Compensation in the amount of **$1,000.00** and reimbursement of expenses in the amount of **$0.00** are **ALLOWED** in favor of the Applicant, Brandon Perloff.

3.    The Chapter 13 Trustee is authorized to distribute to the Applicant the allowed supplemental compensation and reimbursement of expenses set forth in ¶2 above as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), to the extent such distribution is authorized under the terms of the confirmed chapter 13 plan.

Date:   7/2/21

                                                      Eric L. Frank
                                                     U.S. BANKRUPTCY JUDGE