# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| ZULKIA MALDONADO | : | |
| DEBTOR | : | BKY NO.: 19-17645-ELF |
| | : | |

## CERTIFICATION OF NO RESPONSE TO
## SUPPLEMENTAL APPLICATION FOR COMPENSATION

I, Brandon Perloff, Esq, Counsel for Debtor in the above matter, do hereby certify that after the SUPPLEMENTAL APPLICATION FOR COMPENSATION as well as the NOTICE thereof was served on all interested parties on **5/3/2022**; neither an objection to the proposed compensation nor an application for any other administrative expenses has been filed.

WHEREFORE, the Application is uncontested and the undersigned requests this Honorable Court to enter the proposed Order submitted with the Application, a copy of which was attached thereto.

Respectfully submitted,

Date: May 22, 2022

/s/ Brandon Perloff, Esq.
Brandon Perloff, Esquire
315 N. 12th Street, 204
Philadelphia, PA 19107
bperloff@perlofflaw.com
215-287-4231
Attorney for the Debtor