# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| ZULKIA MALDONADO | : | |
| DEBTOR | : | BKY NO.: 19-17645-elf |
| | : | |

## ORDER

**AND NOW**, this 10th day of June, 2022, upon considering of the Movant/ Debtor's Motion to Approve Loan Modification and Partial Claim Mortgage, it is **ORDERED** that:

**1.** The Motion is **GRANTED**, and the Loan Modification Agreement executed 4/5/2022, regarding the Property, 6607 Hegerman Street, Philadelphia, PA 19135, is **APPROVED**;

**2.** The Debtor is **AUTHORIZED** to enter into the Loan Modification Agreement and Partial Claim Mortgage described in the Motion.

**3.** The execution of the agreement(s), and any recordation of the aforesaidagreements in the County land records do not violate the automatic stay, 11 U.S.C. § 362(a), or the provisions of 11 U.S.C.

§549.

**4.** If the loan modification provides for reinstatement of the PennyMac Loan Services, LLC ("PennyMac") loan account and the elimination of the pre-petition arrears, THE TRUSTEE SHALL MAKE NO FURTHER DISTRIBUTION TO PennyMac on account of its claim for pre-petition arrears under the confirmed chapter 13 plan

**5.** PennyMac and HUD may file Proof of Claim(s)/Amended Proof of Claim(s) to reflect the Loan Modification and Partial Claim Mortgage within thirty (30) days of the entry of any Order of the Court granting the within Motion and/or approving of the Loan Modification.

Dated:

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**