United States Bankruptcy Court

Eastern District of Pennsylvania

In re:   Case No. 19-17645-elf

Zulkia Maldonado   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2   User: admin   Page 1 of 2

Date Rcvd: Aug 04, 2022   Form ID: pdf900   Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Zulkia Maldonado, 6607 Hegerman Street, Philadelphia, PA 19135-2804 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2022    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRANDON J PERLOFF | on behalf of Debtor Zulkia Maldonado bperloff@perlofflaw.com kmecf1429@gmail.com;BPerloffPennsylvania1@jubileebk.net |
| JASON BRETT SCHWARTZ | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. jschwartz@mesterschwartz.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Pennymac Loan Services LLC bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| THOMAS SONG | on behalf of Creditor Pennymac Loan Services LLC tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2 User: admin Page 2 of 2
Date Rcvd: Aug 04, 2022 Form ID: pdf900 Total Noticed: 1
TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| ZULKIA MALDONADO | : | |
| DEBTOR | : | BKY. NO. 19-17645-ELF |

## O R D E R

**AND NOW**, upon consideration of the Second Application for Supplemental Compensation filed by the Debtor's counsel, Brandon Perloff (the, "Applicant") and upon the Applicant's certification that proper service has been made on all interested parties, and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Supplemental Compensation in the amount of **$1,565.00** is **ALLOWED** in favor of the Applicant, Brandon Perloff.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant the allowed supplemental compensation and reimbursement of expenses set forth in ¶2 above as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), to the extent such distribution is authorized under the terms of the confirmed chapter 13 plan.

Date:  8/3/22

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**