# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-17645-ELF

ZULKIA MALDONADO

6607 HEGERMAN STREET

PHILADELPHIA, PA 19135-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

ZULKIA MALDONADO

6607 HEGERMAN STREET

PHILADELPHIA, PA 19135-

Counsel for debtor(s), by electronic notice only.

BRANDON J. PERLOFF, ESQ.
315 NORTH 12TH STREET
STE #204
PHILADELPHIA, PA 19107-

Date: 10/12/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee