**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| ZULKIA MALDONADO | : | |
| DEBTOR | : | |
| | : | BANKRUPTCY NO.:   19-17645- ELF |

**RESPONSE TO CERTIFICATION OF DEFAULT**

Debtor ("Respondent"), by their attorney, Brandon J. Perloff, Esq. by way of Response to Movant's Motion, respectfully represents the following:

1. Debtor has made all payments required under her mortgage.

2. Debtor is gathering proof of said payments. She is therefore requesting a hearing at which, she will, if necessary, provide proof of said payments.

WHEREFORE, Debtor prays that a hearing be set on this matter.

Date: October 18, 2022                                           /s/ Brandon J. Perloff
                                                                 Brandon J. Perloff Esquire.
                                                                 Attorney for Debtor