**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| ZULKIA MALDONADO | : | |
| DEBTOR | : | |
| | : | BANKRUPTCY NO.:   19-17645-PMM |

**RESPONSE TO CERTIFICATION OF DEFAULT**

Debtor ("Respondent"), by their attorney, Brandon J. Perloff, Esquire, by way of Response to Movant's Certification of Default, respectfully represents the following:

1. On 6/22/2023, the Debtor paid Movant the full amount listed in Movant's Notice of Default.

2. The debtor requests that a hearing be set on this matter, by which her account with the Movant will be current.

WHEREFORE, Debtor prays that a hearing be set on this matter.


Date: June 26, 2023

/s/ Brandon J. Perloff
Brandon J. Perloff Esquire.
Attorney for Debtor