*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Zulkia Maldonado
    Debtor(s)

Case No: 19−17645−pmm

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Judge to consider:

Certification of Default of Stipulation Terms Filed by MICHAEL PATRICK FARRINGTON on behalf of Pennymac Loan Services LLC

    on: 7/12/23

    at: 01:00 PM

    in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 6/27/23

Timothy B. McGrath
Clerk of Court