United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Zulkia Maldonado  
    Debtor

Case No. 19-17645-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Jun 27, 2023      Form ID: 167      Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Zulkia Maldonado, 6607 Hegerman Street, Philadelphia, PA 19135-2804 |
| 14510752 | #+ | Kwartler Manus, LLC, 1429 Walnut Street, Ste 701, Philadelphia, PA 19102-3207 |
| 14510751 | + | Kwartler Manus, LLC, c/o Stanley B. Cheiken, Esquire, 2617 Huntingdon Pike, Huntingdon Valley, PA 19006-5109 |
| 14570943 | + | PENNYMAC LOAN SERVICES, LLC, C/O Rebecca Solarz, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14466738 | | Pennymac Loan Services LLC, C/o Thomas Song, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14466841 | + | Pennymac Loan Services LLC, c/o THOMAS YOUNG.HAE SONG, Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Blvd., Suite 1400 Philadelphia, PA 19103-1814 |
| 14436183 | + | Philadelphia Gas Works, 1137 Chestnut St., Philadlephia, PA 19107-3619 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14436171 | + | Email/Text: bankruptcynotices@aarons.com | Jun 28 2023 01:03:00 | Aaron's Sales & Lease, Attn: Bankruptcy, PO Box 100039, Kennesaw, GA 30156-9239 |
| 14436175 | | Email/Text: megan.harper@phila.gov | Jun 28 2023 01:03:00 | City of Philadelphia, Municipal Services Building, 1401 John F. Kennedy Blvd, 5th Floor, Philadelphia, PA 19102-1595 |
| 14501480 | | Email/Text: megan.harper@phila.gov | Jun 28 2023 01:03:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14436172 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 28 2023 01:19:15 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14436173 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jun 28 2023 01:06:56 | Capital One Auto Finance, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14438555 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 28 2023 01:19:21 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14451007 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 28 2023 01:29:38 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14436174 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 28 2023 01:19:31 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, PO Box 790034, St Louis, MO 63179-0034 |
| 14436176 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 28 2023 01:19:09 | First PREMIER Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 14436177 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 27, 2023 | Form ID: 167 | Total Noticed: 32 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jun 28 2023 01:03:00 | Genesis Bc/Celtic Bank, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 14436178 | + | Email/PDF: pa_dc_claims@navient.com | Jun 28 2023 01:06:46 | Navient, Attn: Claims Dept, PO Box 9500, Wilkes-Barr, PA 18773-9500 |
| 14436179 | + | Email/PDF: pa_dc_claims@navient.com | Jun 28 2023 01:19:26 | Naviet, Attn: Claims Dept, PO Box 9500, Wilkes-Barr, PA 18773-9500 |
| 14436180 | + | Email/Text: bankruptcygroup@peco-energy.com | Jun 28 2023 01:03:00 | PECO Energy Company, 2301 Market Street, S4-1, Philadelphia, PA 19103-1380 |
| 14455496 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 28 2023 01:06:46 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14436181 | + | Email/PDF: ebnotices@pnmac.com | Jun 28 2023 01:19:26 | Pennymac Loan Services, Correspondence Unit/Bankruptcy, PO Box 514387, Los Angeles, CA 90051-4387 |
| 14466654 | + | Email/PDF: ebnotices@pnmac.com | Jun 28 2023 01:06:46 | Pennymac Loan Services LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14436182 | ^ | MEBN | Jun 28 2023 00:56:48 | Philadelphia Gas Works, 800 W Montgomery Ave, Philadelphia, PA 19122-2898, ATTN: BANKRUPTCY DEPT, 3FL |
| 14459759 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 28 2023 01:03:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14444793 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Jun 28 2023 01:06:45 | Sprint Corp, Attention Bankruptcy Dept, PO BOX 7949, Overland Park, KS 66207-0949 |
| 14464815 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 28 2023 01:06:56 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14436184 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 28 2023 01:19:24 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14436185 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 28 2023 01:19:28 | Synchrony Bank/Walmart, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14436186 | + | Email/Text: EDBKNotices@ecmc.org | Jun 28 2023 01:03:00 | US Dept of Education, Attn: Bankruptcy, PO Box 16448, Saint Paul, MN 55116-0448 |
| 14436187 | + | Email/Text: electronicbkydocs@nelnet.net | Jun 28 2023 01:03:00 | USDOE/GLELSI, Attn: Bankruptcy, PO Box 7860, Madison, WI 53707-7860 |
| 14436188 | + | Email/Text: megan.harper@phila.gov | Jun 28 2023 01:03:00 | Water Revenue Dept., c/o City of Philadelphia, 1401 John F. Kennedy Blvd, 5th Floor, Philadelphia, PA 19102-1606 |

TOTAL: 25

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14503248 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14466739 | * | Pennymac Loan Services LLC, C/o Thomas Song, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 27, 2023 | Form ID: 167 | Total Noticed: 32 |

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 29, 2023    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRANDON J PERLOFF | on behalf of Debtor Zulkia Maldonado bperloff@perlofflaw.com kmecf1429@gmail.com;BPerloffPennsylvania1@jubileebk.net |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Pennymac Loan Services LLC bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Pennymac Loan Services LLC bkgroup@kmllawgroup.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. jschwartz@ecf.courtdrive.com, bankruptcy@friedmanvartolo.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Pennymac Loan Services LLC mfarrington@kmllawgroup.com |
| THOMAS SONG | on behalf of Creditor Pennymac Loan Services LLC tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Zulkia Maldonado
    Debtor(s)

Case No: 19−17645−pmm
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Judge to consider:

Certification of Default of Stipulation Terms Filed by MICHAEL PATRICK FARRINGTON on behalf of Pennymac Loan Services LLC

on: 7/12/23

at: 01:00 PM

in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 6/27/23

Timothy B. McGrath
Clerk of Court

152 − 150
Form 167