**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| ZULKIA MALDONADO | : | |
| DEBTOR | : | |
| | : | BANKRUPTCY NO.:   19-17645- PMM |

**RESPONSE TO CERTIFICATION OF DEFAULT**

Debtor ("Respondent"), by their attorney, Brandon J. Perloff, Esq. by way of Response to Movant's Motion, respectfully represents the following:

1. Debtor has made or will make all payments required under her mortgage.
2. Debtor requesting a hearing at which, she will, if necessary, provide proof of said payments.

WHEREFORE, Debtor prays that a hearing be set on this matter.

Date: September 19, 2023

/s/ Brandon J. Perloff
Brandon J. Perloff Esquire.
Attorney for Debtor