*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Zulkia Maldonado
    Debtor(s)

Case No: 19–17645–pmm

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Judge to consider:

Response to Certification of Default

on: 10/25/23

at: 01:00 PM

in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

Date:  9/20/23

For The Court

Timothy B. McGrath
Clerk of Court