# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                      Chapter 13

                      Bankruptcy No. 19-17645-pmm

ZULKIA  MALDONADO

6607 HEGERMAN STREET

PHILADELPHIA, PA 19135-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    ZULKIA  MALDONADO

    6607 HEGERMAN STREET

    PHILADELPHIA, PA 19135-

Counsel for debtor(s), by electronic notice only.

    BRANDON J. PERLOFF, ESQ.
    1830 LOMBARD STREET
    STE 11A
    PHILADELPHIA, PA 19146-

                                        /S/ Kenneth E. West

Date: 9/29/2023                                  _____

                                                Kenneth E. West, Esquire
                                                Chapter 13 Standing Trustee