## UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| ZULKIA MALDONADO | : | |
|    DEBTOR | : | BKY. 19-17645-PMM |

### PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK OF COURTS:

    Kindly withdraw the and the Response to Certification of Default filed by Pennymac Loan Services LLC (Doc #157) filed on 9/19/2023. Thank you.

                                          Respectfully submitted,

DATE: October 24, 2023                        /s/ Brandon Perloff, Esq
                                                        Brandon Perloff, Esquire