United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 19-17645-pmm
Zulkia Maldonado Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 2
Date Rcvd: Oct 25, 2023  Form ID: pdf900  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Zulkia Maldonado, 6607 Hegerman Street, Philadelphia, PA 19135-2804 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2023 at the address(es) listed below:**

**Name**      **Email Address**

BRANDON J PERLOFF
     on behalf of Debtor Zulkia Maldonado bperloff@perlofflaw.com  kmecf1429@gmail.com;BPerloffPennsylvania1@jubileebk.net

BRIAN CRAIG NICHOLAS
     on behalf of Creditor Pennymac Loan Services LLC bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
     on behalf of Creditor Pennymac Loan Services LLC bkgroup@kmllawgroup.com

JASON BRETT SCHWARTZ
     on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

KENNETH E. WEST
     ecfemails@ph13trustee.com  philaecf@gmail.com

MICHAEL PATRICK FARRINGTON

District/off: 0313-2        User: admin        Page 2 of 2

Date Rcvd: Oct 25, 2023        Form ID: pdf900        Total Noticed: 1

on behalf of Creditor Pennymac Loan Services LLC mfarrington@kmllawgroup.com

THOMAS SONG

on behalf of Creditor Pennymac Loan Services LLC tomysong0@gmail.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Zulkia Maldonado fka Zulkia Martell aka Zulkia Feliciano<br>　　　　　　　　　Debtor(s) | Chapter 13 |
| PENNYMAC LOAN SERVICES, LLC<br>　　　　　　　　　Movant<br>　　　　v.<br>Zulkia Maldonado fka Zulkia Martell aka Zulkia Feliciano<br>　　　　　　　　　Debtor(s)<br>and Kenneth E. West Esq.<br>　　　　　　　　　Trustee | NO. 19-17645 PMM<br><br>11 U.S.C. Section 362 |

**ORDER**

AND NOW, this 25th day of October, 2023 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on December 1, 2022, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 and the Co-Debtor Stay under Section 1301 of the Bankruptcy Code (if applicable), is modified with respect to the subject premises located at 6607 Hegerman Street, Philadelphia, PA 19135 ("Property), so as to allow Movant, and its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

*Patricia M. Mayer*

Hon. Patricia M. Mayer
United States Bankruptcy Judge.